UNITED STATES OF AMERICA )
)
V. ) CASE# 4:17-CR-00293-BSM
)
)
SANDERS, SKIPPY )

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 22 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

MOTION FOR AMENDMENT OF SENTENCE

Comes Now, the Defendant Skippy Sanders (pro se) unto this Honorable Court in motion to request an amendment to the previously imposed sentence. The Defendant wishes to be sentenced under the 2023 guidelines including amendment 821. One or more of the changes included in the 2023 guidelines/amendment 821 directly impact this case and/or affect the criminal history category the Defendant was sentenced under. The following circumstances are facts of this case and support an amendment of sentence to reflect the current legislation included in the 2023 guideline amendments.

- The Defendant was on state probation/parole at the time of this offense. When calculated in accordance with the 2023 guideline amendments — this may reduce the Defendant's criminal history

CATEGORY. THIS CHANGE HAS THE POTENTIAL TO REDUCE THE GUIDELINE SENTENCING RANGE SUBSTANTIALLY UPON REVIEW.

- ONE OR MORE OF THE ENHANCEMENTS THAT WERE PREVIOUSLY IMPOSED IN THIS SENTENCE MAY NOT APPLY UNDER THE 2023 GUIDELINES. THIS ALSO MAY SUBSTANTIALLY REDUCE THE DEFENDANT'S GUIDELINE SENTENCING RANGE.

WHEREFORE, THE DEFENDANT SKIPPY SANDERS (PRO SE) DULY PRAYS THAT THIS HONORABLE COURT GRANT THE SPECIFIC RELIEF REQUESTED; AMENDING THE SENTENCE PREVIOUSLY IMPOSED IN THIS CASE IN ACCORDANCE WITH THE CURRENT LEGISLATION AND APPLYING THE CURRENT LEGAL SENTENCING GUIDELINES.

ON THIS, THE 18TH DAY OF DECEMBER, 2023.

RESPECTFULLY SUBMITTED,
*Skippy Sanders*

SKIPPY SANDERS

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2023 DEC 22 CLERK: 5A COURTS
TAMMY H. DOWNS

FROM: SKIPPY SANDERS # 31652-009
Pollock U.S.P.
P.O. Box 2099
Pollock, LA 71467

RE: 4:17-CR-00293-BSM

My name is Skippy Sanders, I am writing to the court along with submitting a formal motion (pro se) for amendment of sentence. I am requesting that the judge amend my sentence to reflect the 2023 amendments to the sentencing guidelines - specifically amendment 821. One or more of the changes in the 2023 guidelines / amendment 821 may impact this case - possibly changing the criminal history category that I was sentenced under. In specific, my probation/parole status at the time of offense is going to affect the 2023 guideline totals differently - my hopes are that the judge will amend my sentence to reflect the new guidelines.

Enclosed, you will find my formal motion, please kindly submit this defendant's motion for amendment of sentence for the judge's review.

I THANK YOU KINDLY FOR YOUR TIME AND ASSISTANCE IN THIS MATTER. PLEASE DIRECT ALL COURT ACTIONS AND RESPONSES DIRECTLY TO ME AT THE AFOREMENTIONED ADDRESS.

THANK YOU AND GOD BLESS!

RESPECTFULLY SUBMITTED,

*Skippy Sanders*

SKIPPY SANDERS