IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

v.                  CASE NO. 4:17-CR-00293-BSM-38

**SKIPPY D. SANDERS**                                                     **DEFENDANT**

## ORDER

Skippy Sanders's pro se motion to reduce his sentence and appoint a lawyer [Doc. No. 2894] is denied.

Sander's motion to reduce his sentence is denied for the same reasons as his previous motion. Doc. Nos. 2831, 2832. His request for an attorney is also denied. Sanders presents no legal issue requiring briefing to resolve and, "there is no federal constitutional right to the effective assistance of post-conviction counsel." *Christenson v. Ault*, 598 F.3d 990, 995 (8th Cir. 2010) (citations omitted).

IT IS SO ORDERED this 19th day of November, 2024.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE